# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Raymundo Torres, Plaintiff<br><br>v.<br><br>Odock, Inc (d/b/a Premier Car Wash) and<br>Katherine Madock, individually, Defendant | Case No. 1:17-cv-01571<br><br>The Honorable Samuel Der-Yeghiayan |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Raymundo Torres requests the dismissal of all claims with prejudice against all Defendants. Defendants have not served an answer or a motion for summary judgment in this matter.

Respectfully submitted on Monday, August 21, 2017.

**Bryan Pacheco**
*Counsel for the Plaintiff*

Consumer Law Group, LLC
6232 North Pulaski Road
Suite 200
Chicago, Illinois 60646
312-445-9662
bpacheco@yourclg.com